UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH SIKORSKY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEWBURGH; CITY OF NEWBURGH, NY CORPORATE COUNSEL; JEREMY KAUFMAN, CITY OF NEWBURGH, NY CORPORATE COUNSEL; ORANGE COUNTY,<br><br>                              Defendants. | **ORDER OF SERVICE**<br><br>22-CV-2387 (PMH) |

PHILIP M. HALPERN, United States District Judge:

　　Kenneth Sikorsky ("Plaintiff"), proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants: (i) City of Newburgh, New York; (ii) City of Newburgh Corporate Counsel; (iii) Jeremy Kaufman, Newburgh Corporate Counsel; and (iv) Orange County, New York. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

　　The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED:**

Dated:　White Plains, New York
　　　　July 1, 2022

_____
Philip M. Halpern
United States District Judge