UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH SIKORSKY,

                Plaintiff,

-against-

CITY OF NEWBURGH; CITY OF NEWBURGH, NY CORPORATE COUNSEL; JEREMY KAUFMAN, CITY OF NEWBURGH, NY CORPORATE COUNSEL; ORANGE COUNTY,

                Defendants.

**ORDER**

22-CV-2387 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    *Pro se* Plaintiff Kenneth Sikorsky ("Plaintiff") and Counsel for Defendants appeared today, July 12, 2023 at 10:30 a.m., in Courtroom 520.

    For the reasons indicated on the record and law cited therein, the motion to dismiss filed by Defendants City of Newburgh, New York, City of Newburgh Corporate Counsel, Jeremy Kaufman, Newburgh Corporate Counsel, and Orange County, New York, Real Property (collectively, "Defendants") pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure (Doc. 20) is GRANTED. The Complaint is dismissed with prejudice without leave to amend. See transcript.

    The Clerk of the Court is respectfully directed to terminate the pending motion (Doc.20), close this case, and mail a copy of this order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
July 12, 2022

_____
Philip M. Halpern
United States District Judge