UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH SIKORSKY,

                    Plaintiff,

  -against-                                                      22 **CIVIL** 02387 (PMH)

## JUDGMENT

CITY OF NEWBURGH; CITY OF
NEWBURGH, NY CORPORATE
COUNSEL; JEREMY KAUFMAN, CITY
OF NEWBURGH, NY CORPORATE
COUNSEL; ORANGE COUNTY,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 12, 2023, Defendants City of Newburgh, New York, City of Newburgh Corporate Counsel, Jeremy Kaufman, Newburgh Corporate Counsel, and Orange County, New York, Real Property (collectively, "Defendants") pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure (Doc. 20) is GRANTED. The Complaint is dismissed with prejudice without leave to amend. See transcript. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 13, 2023

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                         **BY:**

                                                             **Deputy Clerk**