UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH SIKORSKY,

               Plaintiff,

-against-

CITY OF NEWBURGH, et al.,

               Defendants.

**ORDER**

22-CV-02387 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the Mandate issued by the Second Circuit (Doc. 37), this case has been reopened as of May 27, 2025. Pursuant to the Second Circuit's Opinion (Doc. 36), this case has been reinstated only as to Defendants City of Newburgh and Jeremy Kaufman, and only as to Plaintiff's claim for a constitutional taking. (*See id.*).

The remaining defendants (City of Newburgh, New York and Jeremy Kaufman) shall file their answer to the operative pleading (Doc. 1) by **June 13, 2025.**

Accordingly, the Clerk of Court is respectfully directed to terminate the following parties from the docket in this action: Defendant City of Newburgh, NY Corporate Counsel; and Defendant Orange County, New York, Real Property.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
       May 30, 2025

_____
PHILIP M. HALPERN
United States District Judge