

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Esq.
Direct E-Mail:  mburke@hwb-lawfirm.com

August 4, 2025

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 45.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           August 5, 2025

<u>Via ECF</u>
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Kenneth M. Sikorsky v. City of Newburgh, et al.
      Docket No.: 22 CIV 2387 (PMH)

Dear Judge Halpern:

   I am writing to respectfully request a brief one-week extension until August 11, 2025 to allow for the parties to submit a status letter regarding the settlement of this matter. The City representatives were out of the office for vacation so I received information late last week and I am now on vacation until August 8, 2025.

   My office has contacted Plaintiff's counsel, George Carpinello, Esq., and he has no objections to our request.

   Thank you for your consideration.

                                          Respectfully,

                                          *Michael K. Burke*
                                          MICHAEL K. BURKE

MKB:la

Cc: George Carpinello, Esq. (via ECF)