**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH MICHAEL SIKORSKY,

                        Plaintiff,            **SCHEDULING ORDER**

      -against-                            22 Civ. 2387 (PMH)

CITY OF NEWBURGH, NEW YORK, *et al.*,

                        Defendants.
------------------------------------------------------------X

The Court has scheduled a Telephone Conference for October 27, 2025 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy to discuss scheduling a settlement conference in this matter. This conference is to be attended by counsel only. Parties are not required to attend. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 855-244-8681
    <u>Access Code</u>: 1800490580

Dated: October 17, 2025
       White Plains, New York

                                                        **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge