UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH MICHAEL SIKORSKY,

                              Plaintiff,                    **SCHEDULING ORDER**

        -against-                                            22 Civ. 2387 (PMH)

CITY OF NEWBURGH, NEW YORK, *et al.*,

                              Defendants.
------------------------------------------------------------X

        The Court has scheduled a Settlement Conference for December 3, 2025 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

        Parties are required to appear. The representative for the City of Newburgh may participate by phone and must be available for the duration of the conference. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. The *ex parte* letters should only be sent to Chambers by e-mail, at McCarthy_NYSDChambers@nysd.uscourts.gov. Do not file the *ex parte* letters on the docket. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new

settlement offer.

Dated: October 27, 2025
      White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge