UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH M. SIKORSKY,

       Plaintiff,

   -against-

THE CITY OF NEWBURGH, NEW YORK, et al.,

       Defendants.

**ORDER**

22-CV-02387 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On May 6, 2026, the Court held a pre-motion conference on the parties' respective applications for leave to file motions for summary judgment (the "Conference"). (Doc. 79). Counsel for Plaintiff and Defendants appeared in person. As directed at the Conference and set forth herein:

1) Counsel shall, by **no later than 5:00 p.m. on May 7, 2026**, meet and confer, and prepare and file an Order and Stipulation stating that the parties concede liability as to the first claim for relief; and that the only issue remaining is the amount of damages, if any, to be awarded to Plaintiff. If for any reason counsel are unable to file an Order and Stipulation as detailed above, counsel shall, **no later than 5:00 p.m. on May 7, 2026**, file a joint letter notifying the Court. In that event, the Court will, by subsequent Order, cancel the remaining directives of this Order (aside from referral to Magistrate Judge McCarthy for settlement purposes, as detailed below), deny the Parties' applications for leave to move for summary judgment as untimely, direct the Parties, by **June 10, 2026**, to file the materials required by Rule 6(B) of the Court's Individual Practices, and set a pre-trial conference date in anticipation of jury trial;

2) The Court refers the Parties to Magistrate Judge McCarthy for settlement purposes. As a Referral Order has already been issued in this case (*see* Doc. 63), the Parties are directed to request a conference in accordance with Judge McCarthy's Individual Practices and the Court's directives during the Conference. *See* Transcript;

3) Counsel shall, by **June 22, 2026**, meet and confer and refile their joint 56.1 Statement (Doc. 73). Specifically, the Parties shall follow Local Civil Rule 56.1 and the Court's Individual Practices, and add citations to admissible evidence where necessary to support any statements that are disputed. Counsel may not otherwise modify the substantive content of the previously-filed joint 56.1 Statement (Doc. 73); and

4) The Parties' respective applications for leave to file summary judgment motions are granted in part, as follows: both Parties may serve, not file, a Notice of Motion for Summary Judgment by **June 10, 2026**; Defendants shall also serve, not file, their moving papers by **June 10, 2026**; Plaintiffs shall serve, not file, opposition by **July 8, 2026**; and Defendants shall serve reply, if any, by **July 22, 2026**. All papers shall be filed on the reply date, **July 22, 2026**. Additionally, Plaintiff may file as necessary, no later than **July 23, 2026**, a letter to the Court requesting leave to file sur-reply. If granted, Plaintiff will serve and file sur-reply on a date set by the Court.

**SO ORDERED.**

Dated:   White Plains, New York
        May 6, 2026

                                         PHILIP M. HALPERN
                                         United States District Judge